UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

        v.

                                Case No.  10-cr-61-01-SM

<u>Duke St. Vaughn Keith Bromfield</u>,
    Defendant

### O R D E R

Defendant Bromfield's motion to continue the final pretrial conference and trial is granted (document no. 17). Trial has been rescheduled for the month of July 2011. Defendant Bromfield shall file a waiver of speedy trial rights not later than May 5, 2011. On the filing of such waiver, his continuance shall be effective.
.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

      Final Pretrial Conference is rescheduled for July 8, 2011 at 10:00 a.m.

Jury selection will take place on July 19, 2011 at 9:30 a.m.

      SO ORDERED.

                                        Steven J. McAuliffe
                                          Chief Judge

April   2011

cc:   Jonathan R. Saxe, Esq.
       Alfred J.T. Rubega, AUSA
       U.S. Marshal
       U.S. Probation